# TRIAL COURT OFFICIAL'S

## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

Court of Appeals No. (If known): 12-15-00236-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/22/2015 10:44:29 AM
PAM ESTES
Clerk

Trial Court Style:  Dowtech Specialty Contractor's Inc. vs. County of Nacogdoches and Aeromix Systems, Inc.

Trial Court County:  Nacogdoches County

Trial Court No. C1228865

Date Court Reporter's Record Originally Due:  10-1-15

Anticipated Number of Pages of Record:  250

I am responsible for preparing a record in this appeal, but I am unable to file the record by the original due date for the following reason/s:

- to the best of my knowledge, Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.
- Normally I would just contact the counsel who had not properly noticed me and failed to make proper financial arrangements and worked that out with him/her.  However, in this particular instance, I am leaving town on 9-25-15 and will not return until 10-4-15; therefore, there will not be time to accomplish all these matters before I leave.  I would very much appreciate an additional 10 days' extension in this matter.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 10-12-15, and **I hereby request an additional 10 days** within which to prepare it.  TEX.R.APP.P. 37.3.

In compliance with TEX.R.APP.P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

9-22-15

Date

936-560-7797

Office Phone Number

cparke@co.nacogdoches.tx.us

E-mail address

Candace Parke

Signature

Candace Parke

Printed Name

Official, 145th JDC

Official Title

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1)    The date and manner of service;
(2)    The name and addresses of each person served; and
(3)    If the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document by e—mail:

| Lead Counsel for Appellant(s): | Lead Counsel for Appellee(s): |
|---|---|
| Name:  Mr. Tom Belanger | Name:  Mr. Blake C. Norvell |
| Address:  P. O. Drawer 631248 | Address:  37 Cypress Point Street |
| Nacogdoches, TX 75963-1248 | Abilene, TX 79606 |
| Phone no.: 936-564-4315 | Phone no.: 325-695-1708 |
| Attorney for City of Nacogdoches | Attorney for Dowtech Sprecialty Contractors, Inc. |